No. 14,595.

WEIR *v.* COLORADO NATIONAL BANK ET AL.
(101 P. [2d] 1120)

Decided April 8, 1940.

Judgment affirmed in department without written opinion, Mr. Justice Knous, Mr. Justice Otto Bock and Mr. Justice Burke participating.

Mr. HARRY S. CLASS, Mr. WARWICK M. DOWNING, Mr. RICHARD DOWNING, for plaintiff in error.

Messrs. BARTELS, BLOOD & BANCROFT, for defendants in error.